# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SCHOCKNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRENDA CASH, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-10194-MMM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 26, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE